KISIEL, W.

v.

WISZYNSKI, Z.

1605 MDA 2016

Superior Court of Pennsylvania.

08/14/2017

2014–SU–1415–54

(York)

Affirmed

COM.

v.

GUZMAN–RODRIGUEZ, J.

1969 MDA 2016

Superior Court of Pennsylvania.

08/14/2017

Reargument Denied 10/20/2017

CP–06–CR–0001476–2014

CP–06–CR–0001491–2014

(Berks)

Affirmed

COM.

v.

MORALES, E.

1996 MDA 2016

Superior Court of Pennsylvania.

08/14/2017

CP–36–CR–0000293–2016

CP–36–CR–0000344–2015

(Lancaster)

Affirmed

COM.

v.

HANNIGAN, T.

82 MDA 2017

Superior Court of Pennsylvania.

08/14/2017

CP–66–CR–0000009–2016 (Wyoming)

Affirmed